Exhibit "3"

<u>Stipulation of Dismissal</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

ALLSTATE INSURANCE COMPANY, ET AL.,

                              Plaintiffs,

    -against-

CHILLEMI, ET AL.,

                              Defendants.

---------------------------------------------------------------------- x

1:19-CV-3051
(ERK)(VMS)

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
WITH PREJUDICE SOLELY
AS TO DEFENDANTS LR
MEDICAL, PLLC AND
LEONID REYFMAN, M.D.
A/K/A LEON REYFMAN

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company ("Plaintiffs"), on the one hand, and LR Medical, PLLC and Leonid Reyfman, M.D. a/k/a Leon Reyfman ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this Stipulation and Order of Voluntary Dismissal.

Dated: New York, New York
~~August~~ ~~July~~ ___, 2019
September 3, 2019

**MORRISON MAHONEY LLP**

By: /s/ Lee Pinzow
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Robin K. Pass, Esq.
    Lee Pinzow, Esq.
    Wall Street Plaza
    88 Pine Street, Suite 1900
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company, Allstate New Jersey Insurance Company, Allstate New Jersey Property & Casualty Insurance Company, and Allstate Property & Casualty Insurance Company*


**THWAITES, LUNDGREN & D'ARCY**

By: /s/ Kurt Lundgren    8/16/19
    Kurt Lundgren. Esq
    173 Halstead Avenue
    Harrison, New York 10528
    *Counsel for Defendants LR Medical, PLLC and Leonid Reyfman, M.D. a/k/a Leon Reyfman*

**SO ORDERED**

_____
Hon. Edward R. Korman
United States District Judge